**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
THE PLANTATION RESTAURANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No. 05-CV-01769 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DATE FOR DEFENDANT TO FILE ANSWER TO THE COMPLAINT** |
| vs. | |
| FORT SUTTER DEVELOPMENT CORPORATION, INC; THE PLANTATION RESTAURANT, et al. | |
| Defendants | |

Defendant The Plantation Restaurant, by and through its attorney, Johnny L. Griffin III, and Plaintiff, Scott N. Johnson, hereby stipulate to extend the date by which Defendants must file an Answer to Plaintiff's Complaint from October 17, 2005 to October 24, 2005.

///

///

Johnson v. Fort Sutter Development, Inc., et al.
STIPULATION TO EXTEND DATE TO FILE ANSWER
Case No. 05-CV-01769 WBS

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1  Dated: October 17, 2005                    Respectfully submitted,

2                                             /s/ Johnny L. Griffin III
                                              JOHNNY L. GRIFFIN III
3                                             Attorney for The Plantation Restaurant

4

5

6  Dated: October 17, 2005                    /s/ Scott N. Johnson
                                              SCOTT N. JOHNSON[1]
7                                             Attorney for Plaintiff

8
   **IT IS SO ORDERED.**
9

10

11
   Dated:  October 18, 2005
12
                                              _____
13                                            WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE
14

---

1. Attorney Scott N. Johnson has telephonically authorized Attorney Johnny L. Griffin, III to sign this stipulation on his behalf.

Johnson v. Fort Sutter Development, Inc., et al.
STIPULATION TO EXTEND DATE TO FILE ANSWER
Case No. 05-CV-01769-WBS

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814