1

**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**

2
1010 F Street, Suite 200
Sacramento, CA 95814

3
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

4

Attorneys for Defendant

5
THE PLANTATION RESTAURANT

6

7
**UNITED STATES DISTRICT COURT**

8
**EASTERN DISTRICT OF CALIFORNIA**

9

10

11
SCOTT N. JOHNSON,                                    ) Case No. 05-CV-01769 WBS
                                                     )
12
         Plaintiff,                                  ) **STIPULATION AND [PROPOSED]**
                                                     ) **ORDER TO EXTEND THE DATE FOR**
13
         vs.                                         ) **DEFENDANT TO FILE ANSWER TO**
                                                     ) **THE COMPLAINT**
14
FORT SUTTER DEVELOPMENT                              )
CORPORATION, INC; THE PLANTATION )
15
RESTAURANT, et al.                                   )
                                                     )
16
         Defendants                                  )
                                                     )
17
_____

18

19
         Defendant The Plantation Restaurant, by and through its attorney, Johnny L.

20
Griffin III, and Plaintiff, Scott N. Johnson, hereby stipulate to extend the date by which

21
Defendants must file an Answer to Plaintiff's Complaint from October 24, 2005 to October

22
31, 2005.

23

24
///

25
///

Johnson v. Fort Sutter Development, Inc., et al.
STIPULATION TO EXTEND DATE TO FILE ANSWER
Case No. 05-CV-01769 WBS

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1    Dated: October 24, 2005        Respectfully submitted,

2                                    /s/ Johnny L. Griffin III
                                     JOHNNY L. GRIFFIN III
3                                    Attorney for The Plantation Restaurant

4

5

6    Dated: October 24, 2005        /s/ Scott N. Johnson
                                     SCOTT N. JOHNSON[1]
7                                    Attorney for Plaintiff

8    **IT IS SO ORDERED.**

9
     **Dated:  October 25, 2005**
10

11   _____
     WILLIAM B. SHUBB
12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25
_____

1. Attorney Scott N. Johnson has telephonically authorized Attorney Johnny L. Griffin, III to sign this stipulation on his behalf.

Johnson v. Fort Sutter Development, Inc., et al.          Law Offices of Johnny L. Griffin III
STIPULATION TO EXTEND DATE TO FILE ANSWER                    1010 F Street, Suite 200
Case No. 05-CV-01769 WBS                                    Sacramento, CA 95814