IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                    No. CIV S-05-1769 WBS JFM

        Plaintiff,

 vs.

FORT SUTTER DEVELOPMENT
CORPORATION,[1]                      ORDER

        Defendant.
_____/

        On August 16, 2006, plaintiff filed a motion for entry of default judgment against defendant Fort Sutter Development Corporation seeking statutory damages and injunctive relief. On September 22, 2006, plaintiff filed a supplemental request to his motion for default judgment, setting forth the property alterations he seeks to be made to the restaurant's restroom. Plaintiff's motion for entry of default judgment came on regularly for hearing September 28, 2006. Scott N. Johnson appeared for himself. There was no appearance for defendant. Upon review of the motion and the documents in support, upon hearing the arguments of plaintiff and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

---

[1] Defendants Plantation Restaurant and Drake Jones were dismissed with prejudice by the district court's minute order filed August 14, 2006. (Docket No. 27.)

1   At plaintiff's request, the motion for default judgment was withdrawn without prejudice to its renewal at a later date.

IT IS HEREBY ORDERED that plaintiff's August 16, 2006 motion for default judgment (docket no. 28) is dropped from calendar.

DATED:  September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; john1769.wd